IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL DION EBERHART;      :
RICKY LAMAR HOGAN,          :
                            :
          Plaintiffs,       :
                            :
      VS.                   :        NO. 5:12-CV-171(MTT)
Warden SHEILA OUBRE, *et al.*,   :
                            :
                            :
          Defendants.       :
_____

## ORDER

Plaintiff **MICHAEL DION EBERHART,** has filed a motion to proceed *in forma pauperis* on appeal (ECF No. 8) from the Court=s May 18, 2012 Order dismissing his complaint. (ECF No. 4).   In the Court=s best judgment, an appeal from that Order cannot be taken in good faith.   28 U.S.C. ▪ 1915(a)(3).

Having been carefully considered, Plaintiff=s motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If Plaintiff wishes to proceed with his appeal, he must pay the entire $455.00 appellate filing fee.   Because Plaintiff has stated that he cannot pay the $455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. ▪ 1915(b).   Pursuant to ▪1915(b), the prison account custodian where Plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month=s income credited to Plaintiff=s account until the $455.00 appellate filing fee has been paid in full.   Twenty percent of any deposits into the prisoner=s account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner=s account to the Clerk of this

Court each time the amount in the account exceeds $10.00 until the total filing fee of

$455.00 has been paid.   Checks should be made payable to "Clerk, U.S. District Court."

   The Clerk of Court is **DIRECTED** to mail a copy of this Order to the custodian of the

prison in which Plaintiff is incarcerated.

   **SO ORDERED AND DIRECTED**  this 20th day of June, 2012.


                    S/ Marc T. Treadwell
                    MARC T. TREADWELL, JUDGE
                    UNITED STATES DISTRICT COURT

lnb